AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of Puerto Rico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **ALEXIS A. FIGUEROA-PEREZ**, | ) | Case No: 03-cr-00081-JAF-16 |
| **T/N: ALEXIS ANTONIO FIGUEROA-PEREZ** | ) | USM No: 23732-069 |
| Date of Previous Judgment: August 17, 2004 | ) | Alice M. Velazquez, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____     Criminal History Category: _____
Previous Guideline Range: ____ to ____ months     Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
The stipulated relevant conduct in the Plea Agreement was for at least 3.5 but less than 5 kilos of powder cocaine; at least 700 grams, but less than 1 kilogram of heroin, plus crack cocaine of at least 35 grams, but less than 50 grams of the substance.  This multi-drug case does not qualify for the solely crack cocaine retroactive amendment.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: March 30, 2009                                    s/José A. Fusté
                                                                      Judge's signature

Effective Date: _____                              JOSE A. FUSTE, U.S. DISTRICT JUDGE
         (if different from order date)                          Printed name and title